STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
SHAYNE C. STEVENSON (*pro hac vice*)
shaynes@hbsslaw.com
ROBERT F. LOPEZ (*pro hac vice*)
robl@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594

ELAINE T. BYSZEWSKI (SBN 222304)
elaine@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 203
Pasadena, CA  91101
Telephone:  (213) 330-7150
Facsimile:   (213) 330-7152

Attorneys for Plaintiff and the Proposed Classes
(*Additional counsel listed on signature page*)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY HALL, PAUL DANNER, VALERIE SIMO, JOYCE KUHL, and ELAINE BROWNE, individually and on behalf of themselves and all others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>SEAWORLD ENTERTAINMENT, INC.,<br><br>            Defendant. | No. 3:15-cv-00660-CAB-RBB<br><br>JOINT NOTICE OF APPEAL |

NOTICE IS GIVEN that Plaintiffs Holly Hall, Paul Danner, Valerie Simo, Joyce Kuhl, and Elaine Browne hereby jointly appeal to the United States Court of

1  Appeals for the Ninth Circuit from the Judgment in a Civil Case (ECF No. 72) entered
2  in this action on May 13, 2016 (attached hereto as Exhibit A), pursuant to the May 13,
3  2016 Order Granting the Motion to Dismiss (ECF No. 71) filed by Defendant
4  Seaworld Entertainment, Inc. (attached hereto as Exhibit B). *See* Fed. R. App. P.
5  3(b)(1).
6      Pursuant to Circuit Rules 3-1 and 3-2(b), Plaintiffs submit their filing fee and
7  appellate docket fee and concurrently file their Representation Statement required by
8  Fed. R. App. P. 12(b).

Respectfully submitted,

DATED: June 10, 2016    HAGENS BERMAN SOBOL SHAPIRO LLP


By */s/ Steve W. Berman*
    STEVE W. BERMAN (*pro hac vice*)
*steve@hbsslaw.com*
SHAYNE C. STEVENSON (*pro hac vice*)
*shaynes@hbsslaw.com*
ROBERT F. LOPEZ (*pro hac vice*)
*robl@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292

ELAINE T. BYSZEWSKI (SBN 222304)
*elaine@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 203
Pasadena, CA 91101
Telephone: (213) 330-7150

*Attorneys for Plaintiffs Hall, Danner, Simo and the Proposed Classes*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PAUL S. ROTHSTEIN (*pro hac vice*)
*psr@rothsteinforjustice.com*
626 N.E. First Street
Gainesville, FL 32601
Telephone: (352) 376-7650

*Attorney for Plaintiffs Kuhl, Browne, and the Proposed Classes*

## **PROOF OF SERVICE**

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on June 10, 2016.

                                            */s/ Steve W. Berman*
                                            Steve W. Berman

JOINT NOTICE OF APPEAL - 3
Case No.: 3:15-cv-00660-CAB-RBB
006222-13 875324 V1