FILED

AUG 28 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HOLLY HALL; PAUL DANNER; VALERIE SIMO; JOYCE KUHL; ELAINE BROWNE, individually and on behalf of themselves and all others similarly situated, Plaintiffs-Appellants, v. SEAWORLD ENTERTAINMENT, INC., Defendant-Appellee. | No. 16-55845 D.C. No. 3:15-cv-00660-CAB-RBB Southern District of California, San Diego ORDER |

Before: WALLACE and CALLAHAN, Circuit Judges, and SELNA,[*] District Judge.

Submission of this case was withdrawn on May 14, 2018. The case is resubmitted effective August 28, 2018.

---

[*] The Honorable James V. Selna, United States District Judge for the Central District of California, sitting by designation.